IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES T. HEISKELL,

Plaintiff,

CASE NO.: 8:17-cv 978T27 MAP

-vs-

The UNITED STATES OF AMERICA and
PAUL SYLVESTOR

Defendants.
_______________________________/

## COMPLAINT

**COMES NOW** the Plaintiff, **CHARLES T. HEISKELL**, by and through his undersigned attorneys, and sues Defendants, **The UNITED STATES OF AMERICA**, ("the **UNITED STATES**"), and **PAUL SYLVESTOR** and alleges:

1. This is a claim for damages that exceed Seventy-five Thousand Dollars ($75,000.00).

2. That the claim against the **UNITED STATES** is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §2671 - §2680, §1346(b), §2401(b) and §1402(b).

3. That this Court has jurisdiction pursuant to 28 U.S.C. §1356(b)(1) in that it involves a claim for personal injury caused by the negligent or wrongful act or omission of an employee of the United States of America.

4. All conditions precedent and prerequisites to filing suit have been met pursuant to the Federal Tort Claims Act, 28 U.S.C. §2671 - §2680, §1346(b), §2401(b) and §1402(b). Plaintiff has provided proper notice to the Defendant **UNITED STATES** and the **UNITED STATES** has formally denied Plaintiffs claims making his claims ripe and at issue.

TPA-43164
$400

5. On or about July, 30, 2014, Defendant, **PAUL SYLVESTOR,** was in the course and scope of his employment with the United State Post Office and was operating a postal vehicle at or near Park Boulevard in Pinellas County, Seminole Park, Florida.

6. By information and belief, at the aforementioned time and place, **PAUL SYLVESTOR,** was acting in the course and scope of his employment with the **UNITED STATES.**

7. At all times material hereto, Defendant, **PAUL SYLVESTOR,** was a resident of Bellair Bluffs, Pinellas County, Florida.

8. At the aforementioned time and place, the motor vehicle driven by **PAUL SYLVESTOR** collided with the bicycle ridden by **CHARLES T. HEISKELL.**

9. At all times material hereto Plaintiff, **CHARLES T. HEISKELL,** was a resident of St. Petersburg, Pinellas County, Florida.

**COUNT I**

**<u>CLAIMS AGAINST THE UNITED STATES OF AMERICA</u>**

Plaintiff, **CHARLES T. HEISKELL,** reiterates and realleges the foregoing general allegations contained in paragraphs 1 through 9 as if fully set forth herein and would further allege:

10. At that time and place Defendant, **PAUL SYLVESTOR,** negligently and/or carelessly operated the postal vehicle he was driving so that it collided with the bicycle ridden by Plaintiff, **CHARLES T. HEISKELL.**

11. Pursuant to the FTCA, the **UNITED STATES** is liable for the negligent acts of its employees while in the course and scope of employment.

12. As a result of **PAUL SYLVESTOR's** negligence, Plaintiff, **CHARLES T. HEISKELL**, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and/or aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Additionally, Plaintiff's bicycle was damaged and he lost the use of the bicycle during the period required for its repair or replacement.

**WHEREFORE** the Plaintiff, **CHARLES T. HEISKELL**, demands judgment against the Defendant, the **UNITED STATES**, in excess of Seventy-five Thousand Dollars ($75,000.00) for his damages as set forth above.

**COUNT II**

**NEGLIGENCE AGAINST PAUL SYLVESTOR**

Plaintiff, **CHARLES T. HEISKELL**, reiterates and realleges the foregoing general allegations contained in paragraphs 1 through 12 as if fully set forth herein and would further allege:

13. Alternatively, if it is determined that Defendant, **PAUL SYLVESTOR,** was not acting withint the course and scope of his employment and/or duties with the **UNITED STATES,** or was not at the time an agent of same, the Defendant **PAUL SYLVESTOR** is personally liable for his negligent acts committed while operating a motor vehicle in the State of Florida.

14. At that time and place Defendant, **PAUL SYLVESTOR**, negligently operated or maintained his motor vehicle so that it collided with the bicycle ridden by Plaintiff, **CHARLES T. HEISKELL**.

15. As a result of **PAUL SYLVESTOR's** negligence, Plaintiff, **CHARLES T. HEISKELL**, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and/or aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Additionally, Plaintiff's bicycle was damaged and he lost the use of the bicycle during the period required for its repair or replacement.

**WHEREFORE** the Plaintiff, **CHARLES T. HEISKELL**, demands judgment against the Defendant, **PAUL SYLVESTOR**, in excess of Seventy-five Thousand Dollars ($75,000.00) for his damages as set forth above.

Adam Brum, Esquire
Morgan & Morgan, P.A.
5544 Central Avenue
St. Petersburg, FL 33707
Tele: (727) 318-6344
Fax: (727) 318-6374
abrum@forthepeople.com
cmarckese@forthepeople.com
Florida Bar #: 0999512
Attorney for Plaintiff